IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brooke Grandil,<br><br>           Plaintiff,<br>vs.<br><br>Trans Union LLC, et al.,<br><br>           Defendants. | No. CV-15-01301-PHX-SPL<br><br>**ORDER** |

    No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's January 22, 2016 Order (Doc. 66),

    **IT IS ORDERED** that Defendant Chase Bank USA, N.A. is **dismissed with prejudice**.

    **IT IS FURTHER ORDERED** that Defendant Chase Bank USA, N.A. being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

    Dated this 25th day of February, 2016.

Honorable Steven P. Logan
United States District Judge